UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

**Pagan, Ramon A.**
**Pagan, Candida N.**

Debtor(s).

Case No.:   17-32531-JKS

Chapter:   7

Judge:   John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on January 9, 2018 at 10:00 a.m. at the United States Bankruptcy Court in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    139 E 31st Street, Paterson NJ 07514-1419
    $270,000.00

**Liens on property:**

    $624,000.00

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee
110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Ramon A. Pagan  
Candida N. Pagan  
    Debtors

Case No. 17-32531-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 06, 2017  
                  Form ID: pdf905    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.

```
db/jdb         Ramon A. Pagan,    Candida N. Pagan,    139 E 31st St,    Paterson, NJ  07514-1419
517199195      AFS,    PO Box 65018,    Baltimore MD  21264-5018
517164538      Asset Acceptance, LLC,    c/o Leonard Franco, Esq.,    900 United States Hwy,
                 Woodbridge, NJ  07095
517164540     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE  19886-5019)
517199196      Bank of America H Ore Loans,    PO Box 982235,    El Paso TX  79998-2235
517164545     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO  63179-0034
                (address filed with court: Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH  43218-2676)
517164542      Cardmember Service,    PO Box 15153,    Wilmington, DE  19886-5153
517164543     +Citibank (South Dakota), N.A.,    c/o Faloni & Associates, LLC,    165 Passaic Ave Ste 301B,
                 Fairfield, NJ  07004-3592
517164544      DirectTV,    c/o Diversified Consulatants, Inc.,    PO Box 1391,    Southgate, MI  48195-0391
517164546      NY/NJ Imaging,    330 Livingston Ave,    New Brunswick, NJ  08901-3469
517164547      Pediatric Surgery Group, LLC,    2130 Millburn Ave Ste C1,    Maplewood, NJ  07040-3747
517164548      Radiology Association of Ridgewood,    c/o C.Tech Collections, Inc.,    PO Box 402,
                 Mount Sinai, NY  11766-0402
517164549      Saint Joseph's Regional Medical Center,    c/o Amerifinancial Solutions, LLC,    PO Box 64488,
                 Baltimore, MD  21264-4488
517164551     +Soverign Medical Group,    85 Harristown Rd Fl 2,    Glen Rock, NJ 07452-3323
517164552      Sprint,    c/o GC Services Limited Partnership,    PO Box 1022,    Wixom, MI  48393-1022
517164553      The Portt Authority of NY & NJ,    c/o Alliance,    1 6565 Kimball Dr Ste 200,
                 Gig Harbor, WA  98335
517164554      The Valley Hospital,    PO Box 18998,    Newark, NJ  07191-8998
517164555      The Valley Hospital,    c/o Irving Kaplan & Associates,    130 W Westfield Ave Ste A,
                 Roselle Park, NJ  07204-1817
517164557      #Valley Emergency Room Associates, PA,    PO Box 2166,    Indianapolis, IN  46206-2166
517199198      Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines IA  50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:44    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517164539      E-mail/Text: g20956@att.com Dec 06 2017 23:00:23    AT&T Mobile,    PO Box 537104,
                 Atlanta, GA  30353-7104
517199197      E-mail/Text: electronicbkydocs@nelnet.net Dec 06 2017 22:59:50    Dept of Education,
                 121 S 13th St,    Lincoln NE  68508-1904
517214603      E-mail/Text: mrdiscen@discover.com Dec 06 2017 22:58:55    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517164550      E-mail/Text: jennifer.chacon@spservicing.com Dec 06 2017 23:00:48
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT  84165-0250
517164556      E-mail/Text: bnc@alltran.com Dec 06 2017 22:58:58    United Recovery Systems, LP,
                 5800 N Course Dr,    Houston, TX  77072-1613
                                                                                             TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517164541      ##Bureau of Collection Recovery, Inc.,    7575 Corporate Way,    Eden Prairie, MN  55344-2022
                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin                  Page 2 of 2              Date Rcvd: Dec 06, 2017
                              Form ID: pdf905              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Adolfo S. De Martinis    on behalf of Joint Debtor Candida N. Pagan adolfos@demartinislaw.com,
               G29645@notify.cincompass.com
              Adolfo S. De Martinis    on behalf of Debtor Ramon A. Pagan adolfos@demartinislaw.com,
               G29645@notify.cincompass.com
              Donald V. Biase    dbiase4236@gmail.com,    dbiase@iq7technology.com;dbiase4236@gmail.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, et. al.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```