UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case no.:        _____
                                                    :
                                                    :    Chapter:         _____
                                                    :
         Debtor(s)                                  :    Judge:           _____
_____:

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following Notice of :

❏    Abandonment

❏    Public Sale

❏    Private Sale

❏    Settlement of Controversy

❏    Auctioneer Compensation

Description of Property (if applicable):

Date: _____                        JEANNE A. NAUGHTON, Clerk

*rev.1/4/19*