**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ramon A. Pagan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4579<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Candida N. Pagan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5450<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–32531–JKS | |

## Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ramon A. Pagan                                    Candida N. Pagan

2/9/18                                              **By the court:**   John K. Sherwood
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                                **Order of Discharge**                                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-32531-JKS
Ramon A. Pagan                                                         Chapter 7
Candida N. Pagan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Feb 09, 2018
                               Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb         Ramon A. Pagan,    Candida N. Pagan,    139 E 31st St,    Paterson, NJ 07514-1419
517199195      AFS,    PO Box 65018,    Baltimore MD 21264-5018
517164538      Asset Acceptance, LLC,    c/o Leonard Franco, Esq.,    900 United States Hwy,
                Woodbridge, NJ 07095
517164545      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Home Depot Credit Services,    PO Box 182676,
                Columbus, OH  43218-2676)
517164543      +Citibank (South Dakota), N.A.,    c/o Faloni & Associates, LLC,    165 Passaic Ave Ste 301B,
                Fairfield, NJ 07004-3592
517164544      DirectTV,   c/o Diversified Consualtants, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
517164546      NY/NJ Imaging,    330 Livingston Ave,    New Brunswick, NJ 08901-3469
517164547      Pediatric Surgery Group, LLC,    2130 Millburn Ave Ste C1,    Maplewood, NJ 07040-3747
517164548      Radiology Association of Ridgewood,    c/o C.Tech Collections, Inc.,    PO Box 402,
                Mount Sinai, NY 11766-0402
517164549      Saint Joseph's Regional Medical Center,    c/o Amerifinancial Solutions, LLC,    PO Box 64488,
                Baltimore, MD 21264-4488
517164551      +Soverign Medical Group,    85 Harristown Rd Fl 2,    Glen Rock, NJ 07452-3323
517164552      Sprint,    c/o GC Services Limited Partnership,    PO Box 1022,    Wixom, MI 48393-1022
517164553      The Portt Authority of NY & NJ,    c/o Alliance,    1 6565 Kimball Dr Ste 200,
                Gig Harbor, WA 98335
517164554      The Valley Hospital,    PO Box 18998,    Newark, NJ 07191-8998
517164555      The Valley Hospital,    c/o Irving Kaplan & Associates,    130 W Westfield Ave Ste A,
                Roselle Park, NJ 07204-1817
517164557      #Valley Emergency Room Associates, PA,    PO Box 2166,    Indianapolis, IN 46206-2166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 23:05:39     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 23:05:35     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517164539      EDI: CINGMIDLAND.COM Feb 09 2018 22:48:00      AT&T Mobile,   PO Box 537104,
                Atlanta, GA 30353-7104
517164540      EDI: BANKAMER.COM Feb 09 2018 22:48:00      Bank of America,   PO Box 15019,
                Wilmington, DE 19886-5019
517199196      EDI: BANKAMER.COM Feb 09 2018 22:48:00      Bank of America H Ore Loans,   PO Box 982235,
                El Paso TX 79998-2235
517164542      EDI: CHASE.COM Feb 09 2018 22:48:00      Cardmember Service,   PO Box 15153,
                Wilmington, DE 19886-5153
517199197      E-mail/Text: electronicbkydocs@nelnet.net Feb 09 2018 23:05:42     Dept of Education,
                121 S 13th St,    Lincoln NE 68508-1904
517214603      EDI: DISCOVER.COM Feb 09 2018 22:48:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517164550      E-mail/Text: jennifer.chacon@spservicing.com Feb 09 2018 23:06:53
                Select Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT 84165-0250
517164556      EDI: URSI.COM Feb 09 2018 22:48:00      United Recovery Systems, LP,   5800 N Course Dr,
                Houston, TX 77072-1613
517199198      EDI: WFFC.COM Feb 09 2018 22:48:00      Wells Fargo Home Mortgage,   PO Box 14411,
                Des Moines IA 50306-3411
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517164541     ##Bureau of Collection Recovery, Inc.,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 09, 2018
                              Form ID: 318             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
          Adolfo S. De Martinis    on behalf of Joint Debtor Candida N. Pagan adolfos@demartinislaw.com,
           G29645@notify.cincompass.com
          Adolfo S. De Martinis    on behalf of Debtor Ramon A. Pagan adolfos@demartinislaw.com,
           G29645@notify.cincompass.com
          Donald V. Biase    dbiase4236@gmail.com,   dbiase@iq7technology.com;dbiase4236@gmail.com
          Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, et. al.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```