Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17−32531−JKS
                    Chapter:  7
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ramon A. Pagan | Candida N. Pagan |
| 139 E 31st St | 139 E 31st St |
| Paterson, NJ 07514−1419 | Paterson, NJ 07514−1419 |

Social Security No.:
  xxx−xx−4579                                       xxx−xx−5450

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 13, 2018</u>                 <u>John K. Sherwood</u>
                                                    Judge, United States Bankruptcy Court